IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RAMÍREZ LIZARDI ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MENNONITE GENERAL HOSPITAL INC. ET AL., <br><br> Defendants. | CIV. NO. 23-1069 (SCC) |

# JUDGMENT

In view of the Order at Docket No. 85, this case is hereby **DISMISSED WITHOUT PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of October 2024.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE